UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROLIANCE INTERNATIONAL, INC., et al.[1], | Case No. 09-12278 (CSS) |
| Debtors. | (Jointly Administered) |
| | Re: 297 |

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER PC AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Upon consideration of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors") for authorization to retain Lowenstein Sandler PC ("Lowenstein Sandler") to serve as counsel for the Committee, effective as of July 16, 2009; and upon consideration of the Declaration of Counsel in support of the Application; and the Court being satisfied that Lowenstein Sandler represents no adverse interest in connection with these bankruptcy cases; and notice of the Application being sufficient; and good cause appearing therefor;

It is **ORDERED** as follows:

1. The Application is granted.

2. Pursuant to 11 U.S.C. §§ 328(a) and 1103, Bankruptcy Rule 2014 and Rule 2014-1 of the Local Rules, the Committee is authorized and empowered to employ and retain Lowenstein Sandler, effective as of July 16, 2009, to serve as its counsel in the above-captioned cases.

---

[1] The Debtors are: (1) Proliance International, Inc.; (2) Aftermarket Delaware Corporation; (3) Aftermarket LLC; and (4) Proliance International Holding Corporation.

23235/2
09/01/2009 11937656.1

3. Lowenstein Sandler shall be compensated in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331, the applicable Federal Rules of Bankruptcy Procedure, the rules of this Court, and any applicable orders entered by this Court in respect of compensation of professionals.

                                             Honorable Christopher S. Sontchi
                                             United States Bankruptcy Judge

9/18/09