# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PROLIANCE INTERNATIONAL, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-12278 (CSS)<br><br>Jointly Administered |

## CERTIFICATION OF COMMITTEE COUNSEL REGARDING TRANSLATOR SERVICES OF DR. HAISHAN LIU

1. On July 2, 2009 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Pursuant to 11 U.S.C. §§ 1107(a) and 1108, the Debtors continue to operate their business and manage their properties as debtors-in-possession.

2. By order dated July 2, 2009, the Court approved the joint administration of these cases for procedural purposes only (Docket No. 25).

3. No trustee or examiner has been appointed in the Debtors' bankruptcy cases.

4. On July 16, 2009, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors (the "Committee") pursuant to 11 U.S.C. § 1102.

5. The Committee has selected Lowenstein Sandler PC ("Lowenstein") to serve as its counsel, Elliot Greenleaf LLP serve as its Delaware counsel and Executive Sounding Board Associates, Inc. to serve as its financial advisor.

6. On September 1, 2009, Lowenstein, on behalf of the Committee, filed an *Application for Order Pursuant to Bankruptcy Code §§ 328(a), 1103(a) and 1103(b) Authorizing Employment and Retention of Lowenstein Sandler PC Effective Nunc Pro Tunc to July 16, 2009, as Co-Counsel to the Official Committee of Unsecured Creditors* (the "Lowenstein Retention Application") (Docket No. 297). On September 18, 2009, the Court entered an order approving the Lowenstein Retention Application (Docket No. 324).

7. As part of the Lowenstein Retention Application, the Committee filed the declaration of Kenneth A. Rosen setting forth Lowenstein's proposed services and fees (the "Rosen Declaration"). In addition to describing Lowenstein's proposed services and fees, the Rosen Declaration explains the need of the Committee to utilize the translation services of Dr. Haishan Liu due to the fact that certain Committee members are based in China. The Rosen Declaration further states that Lowenstein will seek reimbursement for the costs of Dr. Liu's services at a rate of $100 per hour in connection with Lowenstein's fee applications in this case.

8. Subsequent to Lowenstein's retention, it has come to Lowenstein's attention that there was a miscommunication between Lowenstein and Dr. Liu whereby Dr. Liu's current rate is $150 per hour, not $100 per hour. Upon discovery of this discrepancy, Lowenstein contacted Mark Kenney of the Office of the United States Trustee to discuss the issue. While it is Lowenstein's understanding the Mr. Kenney does not take issue with Dr. Liu's increased rate, Lowenstein files this Certification of Counsel to advise the Court and other parties of Dr. Liu's current rate for translation services.

Dated: December 14, 2009

        Respectfully submitted,

        /s/ *Thomas A. Pitta*
        Thomas A. Pitta

        **LOWENSTEIN SANDLER PC**
        Kenneth A. Rosen, Esq.
        Thomas A. Pitta, Esq.
        Sean E. Quigley, Esq.
        65 Livingston Avenue
        Roseland, New Jersey 07068
        Tel: (973) 597-2500
        Fax: (973) 597-2400

        *Co-Counsel to the Official Committee of Unsecured Creditors*