IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                                :
In re                                                           : Chapter 11
                                                                :
PROLIANCE INTERNATIONAL, INC., *et al.*,[1]                     : Case No. 09-12278 (CSS)
                                                                :
                    Debtors.                                    : (Jointly Administered)
                                                                :
---------------------------------------------------------------x

NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON FEBRUARY 19, 2010 AT 2:00 P.M. (EST)

I. **UNCONTESTED MATTER GOING FORWARD:**

　　1.　Motion of the Debtors for an Order Authorizing and Approving Assumption and Assignment of Certain Agreements in Connection with Sale of NRF Stock [Docket No. 580; filed 1/29/10]

　　　　Objection Deadline:　February 12, 2010 at 4:00 p.m. (EST)

　　　　Objections/Responses Received:　None.

　　　　Related Documents:

　　　　　　i.　**Certification of No Objection [Docket No. 602; filed 2/19/10]**

　　　　**Status:　On February 19, 2010, the Debtors filed a certification of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary if the Court has any questions.**

II. **CONTESTED MATTER:**

　　2.　Motion of the Debtors for (I) an Order (A) Approving Bid Procedures for the Sale of the Stock of the Debtors' Wholly-Owned Subsidiary, Nederlandse Radiateuren Fabriek B.V., (B) Authorizing the Debtors to Offer Certain Bid Protections and (C) Scheduling Final Sale Hearing and Approving Form and Manner of Notice Thereof, and (II) an Order Authorizing and Approving (A) the Sale of the Stock of

---

[1]　The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Proliance International, Inc. (7383); Aftermarket Delaware Corporation (9862); Aftermarket LLC; and Proliance International Holding Corporation (9275). The address of each of the Debtors is 100 Gando Drive, New Haven, Connecticut 06513.

[2]　**Amended items appear in bold.**

RLF1 3539603v.1

Nederlandse Radiateuren Fabriek B.V. Free and Clear of All Liens, Claims and Encumbrances, and (B) Related Relief [Docket No. 521; filed 12/30/09]

Objection Deadline:   February 18, 2010 at 4:00 p.m. (EST)

Objections/Responses Received:

A.  Response of Pension Benefit Guaranty Corporation to the Motion of the Debtors for (I) an Order (A) Approving Bid Procedures for the Sale of the Stock of the Debtors' Wholly-Owned Subsidiary, Nederlandse Radiateuren Fabriek B.V., (B) Authorizing the Debtors to Offer Certain Bid Protections and (C) Scheduling Final Sale Hearing and Approving Form and Manner of Notice Thereof, and (II) an Order Authorizing and Approving (A) the Sale of the Stock of Nederlandse Radiateuren Fabriek B.V. Free and Clear of All Liens, Claims and Encumbrances, and (B) Related Relief [Docket No. 552; filed 1/14/10]

Related Documents:

i.   Motion to Shorten Notice and Objection Periods and Approve the Form and Manner of Notice for Motion of the Debtors for an Order (I) Approving Bid Procedures for the Sale of the Stock of the Debtors' Wholly-Owned Subsidiary, Nederlandse Radiateuren Fabriek B.V., (II) Authorizing the Debtors to Offer Certain Bid Protections and (III) Scheduling Final Sale Hearing and Approving Form and Manner of Notice Thereof [Docket No. 522; filed 12/30/09] (the "Motion to Shorten")

ii.  Declaration of TM Capital Corp. in Support of (X) Motion of the Debtors for (I) An Order (A) Approving Bid Procedures for the Sale of the Stock of the Debtors' Wholly-Owned Subsidiary, Nederlandse Radiateuren Fabriek B.V., (B) Authorizing the Debtors to Offer Certain Bid Protections and (C) Scheduling Final Sale Hearing and Approving Form and Manner of Notice Thereof, and (II) an Order Authorizing and Approving (A) the Sale of the Stock of Nederlandse Radiateuren Fabriek B.V. Free and Clear of All Liens, Claims and Encumbrances, and (B) Related Relief, and (Y) Motion to Shorten Notice and Objection Periods and Approve the Form and Manner of Notice for Motion of the Debtors for an Order (I) Approving Bid Procedures for the Sale of the Stock of the Debtors' Wholly-Owned Subsidiary, Nederlandse Radiateuren Fabriek B.V., (II) Authorizing the Debtors to Offer Certain Bid Protections and (III) Scheduling Final Sale Hearing and Approving Form and Manner of Notice Thereof [Docket No. 523; filed 12/30/09]

iii. Order [Denying the Motion to Shorten] [Docket No. 542; filed 1/7/10]

iv.  Re-Notice of Motion and Hearing Thereon [Docket No. 546; filed 1/8/10]

v.   Re-Notice of Motion and Hearing Thereon [Docket No. 550; filed 1/11/10]

vi.   Certification of Counsel Regarding Order (I) Approving Bid Procedures for the Sale of the Stock of the Debtors' Wholly-Owned Subsidiary, Nederlandse Radiateuren Fabriek B.V., (II) Authorizing the Debtors to Offer Certain Bid Protections and (III) Scheduling Final Sale Hearing and Approving Form and Manner of Notice Thereof [Docket No. 557; filed 1/20/10]

vii.  Order (I) Approving Bid Procedures for the Sale of the Stock of the Debtors' Wholly-Owned Subsidiary, Nederlandse Radiateuren Fabriek B.V., (II) Authorizing the Debtors to Offer Certain Bid Protections and (III) Scheduling Final Sale Hearing and Approving Form and Manner of Notice Thereof [Docket No. 558; filed 1/20/10]

viii. Certification of Counsel Regarding Amended Order Approving (I) Bid Procedures for the Sale of the Stock of the Debtors' Wholly-Owned Subsidiary, Nederlandse Radiateuren Fabriek B.V., (II) Authorizing the Debtors to Offer Certain Bid Protections and (III) Scheduling Final Sale Hearing and Approving Form and Manner of Notice Thereof [Docket No. 563; filed 1/22/10]

ix.   Amended Order (I) Approving Bid Procedures for the Sale of the Stock of the Debtors' Wholly-Owned Subsidiary, Nederlandse Radiateuren Fabriek B.V., (II) Authorizing the Debtors to Offer Certain Bid Protections and (III) Scheduling Final Sale Hearing and Approving Form and Manner of Notice Thereof [Docket No. 564; filed 1/22/10] (the "Bidding Procedures Order")

**x.    Supplemental Declaration of TM Capital Corp. in Support of Motion of the Debtors for an Order Authorizing and Approving (I) The Sale of the Stock of Nederlandse Radiateuren Fabriek B.V. Free and Clear of All Liens, Claims and Encumbrances, and (II) Related Relief [Docket No. 599; filed 2/18/10]**

**xi.   Certification of Counsel Regarding Order Authorizing and Approving (I) the Sale of the Stock of the Debtors' Wholly-owned Subsidiary, Nederlandse Radiateuren Fabriek B.V. Free and Clear of All Liens, Claims and Encumbrances; and (II) Related Relief [Docket No. 603; filed 2/19/10]**

**Status:** **On February 19, 2010, the Debtors filed a revised form of order under certification of counsel with respect to the sale. The revised form of order resolves all outstanding issues regarding this matter. Accordingly, a hearing on this matter is only necessary if the Court has any questions.**

3

## III. **FIRST INTERIM FEE APPLICATIONS:**

3. Re-Notice of First Interim Fee Hearing [Docket No. 591; filed 2/8/10]

    Related Documents:

    i. Notice of First Interim Fee Hearing [Docket No. 515; filed 12/23/09]

    ii. Order Directing Appointment of Fee Examiner [Docket No. 520; filed 12/30/09]

    iii. Certification of Counsel Regarding Order Waiving the Requirements of the Order Directing Appointment of Fee Examiner [Docket No. 565; 1/22/10]

    iv. Order Waiving the Requirements of the Order Directing Appointment of Fee Examiner [Docket No. 573; filed 1/26/10]

    v. **Certification of Counsel Regarding Omnibus Order Approving First Interim Fee Application Requests [Docket No. 600; filed 2/18/10] (the "Certification of Counsel")**

    **Status:** **On February 18, 2010, the Debtors filed the Certification of Counsel. The Court has indicated to the Debtors that it will enter the proposed form of order attached to the Certification of Counsel. Accordingly, no hearing on this matter is necessary.**

Dated: February 19, 2010  
Wilmington, Delaware

Respectfully submitted,

/s/ *Zachary I. Shapiro*
Daniel J. DeFranceschi (DE No. 2732)
Christopher M. Samis (DE No. 4909)
Zachary I. Shapiro (DE No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Paul D. Leake
Pedro A. Jimenez
Ross S. Barr
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*ATTORNEYS FOR THE DEBTORS*