UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
| PROLIANCE INTERNATIONAL, INC., *et al.*,[1] | : Case No. 09-12278 |
|  | : (Jointly Administered) |
|  | : |
| Debtors. | : Obj. Deadline: September 23, 2010 |
|  | : Hearing: Only if Objections Filed |

ELEVENTH MONTHLY AND FINAL APPLICATION OF
LOWENSTEIN SANDLER PC FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE MONTHLY FEE PERIOD FROM JUNE 1, 2010 THROUGH JULY 22,
2010 AND FOR THE FINAL PERIOD FROM JULY 16, 2009 THROUGH JULY 22, 2010

| | |
|---|---|
| *Name of Applicant & Client*: | Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>Telephone Number (973) 597-2500 |
| Authorized to provide<br>professional services to: | Counsel to Official Committee of Unsecured Creditors |
| Date of Retention: | September 18, 2009, effective July 16, 2009 |
| Monthly Period for which<br>Compensation and reimbursement<br>of expenses is sought: | June 1, 2010 through July 22, 2010 |
| Amount of Monthly Compensation<br>sought as actual, reasonable<br>and necessary: | $5,526.50 |
| Amount of Monthly Expense<br>Reimbursement sought as actual,<br>reasonable and necessary: | $1,623.07 |

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Proliance International, Inc. (7383); Aftermarket Delaware Corporation (9862); Aftermarket LLC; and Proliance International Holding Corporation (9275). The address of each of the Debtor is 100 Gando Drive, New Haven, Connecticut 06513.

| | |
|---|---|
| Final Period for which compensation and reimbursement is sought: | July 16, 2009 through July 22, 2010 |
| Amount of Final Compensation sought as actual, reasonable and necessary: | $219,061.50 |
| Amount of Final Expense Reimbursement sought as actual, reasonable and necessary: | $14,891.54 |
| This is the: | Eleventh Monthly and Final Fee Application |

# PRIOR APPLICATION HISTORY

This is the Eleventh Monthly and Final Application

| | | Requested | | Monthly Statements | | Certificate |
|---|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees 100% | Expenses | Fees 80% | Expenses | of No Objection / Signed Order |
| 10/14/2009 | 7/16/2009 -- 8/31/2009 | $101,221.00 | $1,435.14 | $80,976.80 | $1,435.14 | 11/6/2009 Docket No. 434 |
| 10/14/2009 | 9/1/2009 -- 9/30/2009 | $24,328.00 | $984.78 | $19,462.40 | $984.78 | 11/6/2009 Docket No. 435 |
| 12/14/2009 | 10/1/2009 -- 10/31/2009 | $5,926.00 | $10,081.75 | $4,4740.80 | $10,081.75 | 1/6/2010 Docket No. 531 |
| First Interim Application 12/15/2009 | 7/16/2009 -- 10/31/2009 | $131,475.00 | $12,501.67 | | | 2/19/2010 Docket No. 604 |
| 1/29/2010 | 11/1/2009 - 11/30/2009 | $10,776.00 | $6.41 | $8,620.80 | $6.41 | 2/22/2010 Docket No. 612 |
| 1/29/2010 | 12/1/2009 - 12/31/2009 | $7,237.50 | $37.28 | $5,790.00 | $37.28 | 2/22/2010 Docket No. 613 |
| 3/17/2010 | 1/1/2010 - 1/31/2010 | $12,046.50 | $9.44 | $9,637.20 | $9.44 | 4/8/2010 Docket No. 661 |
| 4/6/2010 | 2/1/2010 - 2/28/2010 | $16,882.00 | $108.90 | $13,505.60 | $108.90 | 4/28/2010 Docket No. 695 |
| Second Interim Application 4/15/2010 | 11/1/2009 - 2/28/2010 | $46,942.00 | $162.03 | $37,553.60 | $162.03 | 5/10/2010 Docket No. 715 |
| 6/1/2010 | 3/1/2010 - 3/31/2010 | $13,762.00 | $495.85 | $11,009.60 | $495.85 | 6/24/2010 Docket No. 775 |
| 6/23/2010 | 4/1/2010 - 4/30/2010 | $14,664.50 | $29.27 | $11,731.60 | $29.27 | 7/15/2010 Docket No. ___ |
| 6/23/2010 | 5/1/2010 - 5/31/2010 | $6,691.50 | $79.65 | $5,353.20 | $79.65 | 7/15/2010 Docket No. 775 |
| WITHIN | 6/1/2010 - 7/22/2010 | $5,526.50 | $1,623.07 | | | |

This is the Eleventh Monthly and Final Application

# ATTACHMENT TO FEE APPLICATION

Professional Services rendered by Lowenstein Sandler PC, through
July 16, 2009 through July 22, 2010:

## TIMEKEEPER SUMMARY:

| Timekeeper Name | Year Admitted | Hours Worked | Rate | Bill Amount |
|---|---|---|---|---|
| Barkin, Daniel J. | 1981 | 3.90 | $495.00 | $1,930.50 |
| Cargill, Scott | 1999 | 0.80 | 490.00 | 392.00 |
| Rosen, Kenneth A. | 1979 | 20.10 | 700.00 | 14,070.00 |
| * Teele, S. Jason - travel time | 2001 | 1.50 | 225.00 | 337.50 |
| Teele, S. Jason | 2001 | 4.40 | 450.00 | 1,980.00 |
| * Pitta, Thomas A. - travel time | 2001 | 7.00 | 232.50 | 1,627.50 |
| Pitta, Thomas A. | 2001 | 205.70 | 465.00 | 95,650.50 |
| Livolsi, Thomas | 2005 | 0.40 | 290.00 | 116.00 |
| * Quigley, Sean E. - travel time | 2005 | 17.70 | 165.00 | 2,920.50 |
| Quigley, Sean E. | 2005 | 259.50 | 330.00 | 85,635.00 |
| **Quigley, Sean E. - rate increase | 2005 | 0.90 | 370.00 | 333.00 |
| Bonito, Lisa Marie | N/A | 54.40 | 150.00 | 8,160.00 |
| Duff, Christy | N/A | 2.40 | 160.00 | 384.00 |
| Jara, Gabriel | N/A | 1.70 | 135.00 | 229.50 |
| Lavin, Diane C. | N/A | 0.70 | 160.00 | 112.00 |
| Pami, Laurie | N/A | 12.50 | 95.00 | 1,187.50 |
| Power, Megan | N/A | 21.60 | 185.00 | 3,996.00 |
| **TOTAL ALL TIMEKEEPERS** | | **615.20** | | **$219,061.50** |
| **Blended Rate** | | | | **$356.08** |

* Reflects 50% reduction due to non-working travel time
**Reflects rate increase as on July 1, 2010

# COMPENSATION BY PROJECT CATEGORY

## SUMMARY OF FEES BY TASK CODE

| Task Description | Hours | Total |
|---|---:|---:|
| Case Administration | 42.80 | $16,778.50 |
| Asset Analysis & Recovery | 37.00 | 13,031.50 |
| Investigation of Prepetition Lenders | 39.10 | 9,744.50 |
| Asset Disposition | 105.30 | 42,742.00 |
| Relief from Stay/Adequate Protection Proceedings | 7.60 | 2,508.00 |
| Meetings of and Communication with Creditors | 66.60 | 28,281.50 |
| Fee/Employment Applications | 63.20 | 10,904.00 |
| Employment and Retention Applications - Others | 17.00 | 5,542.50 |
| Fee/Employment Objections | 0.30 | 99.00 |
| Fee Applications and Invoices - Others | 20.90 | 6,501.00 |
| Avoidance Action Analysis | 5.90 | 2,860.50 |
| Assumption/Rejection of Leases and Contracts | 4.80 | 1,678.50 |
| Other Contested Matters | 7.10 | 2,416.00 |
| Non-Working Travel | 26.20 | 4,885.50 |
| Business Operations | 13.00 | 5,774.00 |
| Employee Benefits/Pensions | 16.90 | 7,156.50 |
| Financing/Cash Collateral | 41.60 | 18,903.50 |
| Claims Administration | 17.50 | 7,111.50 |
| Plan and Disclosure Statement | 64.20 | 25,313.50 |
| General Bankruptcy Advice | 3.60 | 1,620.00 |
| Adversary Proceedings and Bankruptcy Court Litigation | 7.80 | 2,574.00 |
| Schedules and Statements | 6.80 | 2,635.50 |
| **Total Fees Rendered This Statement** | | **$219,061.50** |

# EXPENSE SUMMARY

**Summary of Disbursement Charges**

| | |
|---|---:|
| Messenger and delivery charges | $28.34 |
| Printing and Duplicating Services - External | 222.17 |
| Bulk rate/special postage | 5.36 |
| Professional services | 11,120.00 |
| Computerized legal research | 387.34 |
| Telecommunications | 632.14 |
| Travel | 2,495.99 |
| Photocopies 2 pages at $0.10 per page | 0.20 |
| **Total Disbursements** | **$14,891.54** |

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>PROLIANCE INTERNATIONAL, INC., *et al.*,[1]<br><br>Debtors. | : Chapter 11<br>:<br>: Case No. 09-12278<br>: (Jointly Administered)<br>:<br>: |

## ELEVENTH AND FINAL APPLICATION OF LOWENSTEIN SANDLER PC FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE MONTHLY FEE PERIOD FROM JUNE 1, 2010 THROUGH JULY 22, 2010 AND FOR THE FINAL PERIOD FROM JULY 16, 2009 THROUGH JULY 22, 2010

Pursuant to 11 U.S.C. §§ 330 and 331 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the *Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 158] entered on July 30, 2009 (the "Administrative Order"), Lowenstein Sandler PC ("Lowenstein Sandler"), as counsel to Official Committee of Unsecured Creditors (the "Committee"), hereby applies for an order allowing and directing payment to Lowenstein Sandler (A) on a monthly basis (i) compensation in the total amount of $5,526.50 for the reasonable and necessary legal services Lowenstein Sandler rendered to the Committee from June 1, 2010 through July 22, 2010 (the "Monthly Application" and "Monthly Application Period"); and (ii) reimbursement for the actual and necessary costs and expenses that Lowenstein Sandler incurred during the Monthly Application Period in the amount of $1,623.07; and (B) on a final basis (i) compensation in the amount of $219,061.50, for the reasonable and necessary legal services that Lowenstein Sandler rendered to the Committee from July 16, 2009 through

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Proliance International, Inc. (7383); Aftermarket Delaware Corporation (9862); Aftermarket LLC; and Proliance International Holding Corporation (9275). The address of each of the Debtor is 100 Gando Drive, New Haven, Connecticut 06513.

July 22, 2010 (the "Final Application" and "Final Application Period"); and (ii) reimbursement for the actual and necessary costs and expenses that Lowenstein Sandler incurred during the Final Application Period in the amount of $14,891.54 for a total payment of $233,953.04. In support of this Application, Lowenstein Sandler respectfully states as follows:

## BACKGROUND

1. On July 2, 2009 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court.

2. On July 16, 2009, the Office of the United States Trustee appointed the Committee pursuant to Section 1102 of the Bankruptcy Code. The Committee has selected Lowenstein Sandler to serve as its counsel and Elliott Greenleaf to serve as its Delaware counsel.

3. On July 30, 2009, the Court entered an Order establishing procedures for interim compensation and reimbursement of expenses of professionals ("Interim Compensation Order"). *See* Docket No. 158.

4. On September 18, 2009, this Court entered an Order authorizing the employment and retention of Lowenstein Sandler, as counsel to the Committee, effective as of July 16, 2009. A copy of this Order is annexed hereto as **Exhibit "A"**. *See* Docket No. 324.

5. On July 14, 2010, the Court entered an Order Converting The Debtors' Chapter 11 Cases To Cases Under Chapter 7 As of July 22, 2010 (the "Conversion Order"). *See* Docket No. 769.

6. On July 22, 2010, the United States Trustee appointed George L. Miller as Chapter 7 Trustee (the "Trustee"). *See* Docket No. 782.

7. This is Lowenstein Sandler's final application for compensation.

## JURISDICTION

8. This Court has jurisdiction over this Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code.

## COMPENSATION PAID AND ITS SOURCES

9. All services for which Lowenstein Sandler requests compensation were performed for or on behalf of the Committee. All payments received by Lowenstein Sandler to date have been made by the Debtors.

## ELEVENTH MONTHLY FEE APPLICATION

10. Lowenstein Sandler devoted 16.90 hours of professional time to provide legal services to the Committee during the Monthly Application Period. The time record entries detailing that time, and the members of the firm providing it, are attached hereto as **Exhibit B**. As more particularly described in **Exhibit B**, during the Monthly Application Period, Lowenstein Sandler devoted substantial time and effort to analyzing, resolving and objecting to claims asserted against the Debtor's estate, and preparing and confirming the Debtors' Plan.

11. A summary of the actual and necessary expenses incurred by Lowenstein Sandler during the Monthly Application Period are attached hereto as **Exhibit C**. These disbursements include postage, messenger service, federal express and telecopy expenses. Lowenstein Sandler has sought to utilize the most cost efficient method of communication consistent with the necessary time constraints. Lowenstein Sandler's regular charge for photocopy expenses is $0.10 per page. No charges are made for telecopies. Westlaw and Lexis charges represent computerized legal research facility charges for computer assisted research. Use of Westlaw and Lexis greatly enhances legal research and access to case law from all jurisdictions, and is cost efficient, saving substantial attorney research time. Other disbursements are itemized in the annexed schedule. These disbursements were necessary to effectively render legal services in this case. During the course of these cases, Lowenstein Sandler has incurred and paid its actual and necessary disbursements and expenses.

## FINAL FEE STATEMENT

12. Lowenstein Sandler devoted 615.20 hours of professional time to provide legal services to the Committee during the Final Application Period. The time record entries

detailing that time, and the members of the firm providing it, are attached to each respective monthly fee application filed by Lowenstein Sandler in the bankruptcy cases. Pursuant to the Final Application, Lowenstein Sandler seeks final approval of compensation for its work performed on behalf of the Committee throughout this case as more fully set forth herein and in the monthly fee applications previously filed.

13. The actual and necessary expenses for which Lowenstein Sandler seeks approval as part of its Final Application are attached to each respective monthly fee application filed in this bankruptcy case. Pursuant to the Final Application, Lowenstein Sandler seeks approval of all expenses incurred on behalf of the Committee in this case as more fully set forth herein and in the monthly fee applications previously filed.

## **RELIEF REQUESTED**

14. By this Monthly Application, Lowenstein Sandler requests approval for its compensation and reimbursement of expenses, set forth above and on **Exhibit B** and **Exhibit C** hereto, during the Monthly Application Period.

15. By this Final Application, Lowenstein Sandler requests approval for its compensation and reimbursement of expenses, set forth above and on the monthly fee applications previously filed in this bankruptcy case, during the Final Application Period.

16. All of the professional services and expenses for which Lowenstein Sandler requests compensation and reimbursement have been strictly related to its representation of the Committee and provided substantial benefit to the estate. Lowenstein Sandler accordingly submits that it is proper to compensate it for the actual time spent and to reimburse it for the actual expenses incurred in connection with this case.

17. Pursuant to Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, Lowenstein Sandler has not shared and has not agreed to share (a) any compensation it has received or may receive with another party or person other than with its partners, counsel and associates of Lowenstein Sandler, or (b) any compensation another person or party has received or may receive in connection with this case.

WHEREFORE, Lowenstein Sandler respectfully requests that the Court (A) allow Lowenstein Sandler (1) the monthly sum of $5,526.50 for services rendered, plus expenses of $1,623.07, for a total monthly compensation of $7,149.57, and (2) the final sum of $219,061.50 for services rendered, plus expenses of $14,891.54, for a total of $233,953.04; (B) authorize the Chapter 7 Trustee to pay the foregoing amounts; and, (C) for such other and further relief as this Court may deem just and proper.

Dated: September 3, 2010

Respectfully submitted,

**ELLIOTT GREENLEAF**
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Neil R. Lapinski (DE Bar No. 3645)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 656-3714

and

/s/ *Kenneth A. Rosen*
**LOWENSTEIN SANDLER PC**
Kenneth A. Rosen, Esq.
Thomas A. Pitta, Esq.
Sean E. Quigley, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

*Co-Counsel to the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re:

PROLIANCE INTERNATIONAL, INC., et al.,[1]

Debtors.

: Chapter 11
:
: Case No. 09-12278
: (Jointly Administered)
:
:
:

## CERTIFICATION OF KENNETH A. ROSEN

**Kenneth A. Rosen**, pursuant to 28 U.S.C. Section 1746, states as follows:

1. I am a member of the applicant law firm, Lowenstein Sandler PC, and a member in good standing of the bars of the States of New Jersey and New York. I am authorized to appear before the Court in this matter pursuant to the Court's order, dated August 3, 2009, granting my application to appear *pro hac vice*. [Docket No. 176]

2. I am familiar with the work performed on behalf of the Official Committee of Unsecured Creditors (the "Committee") by the lawyers, legal assistants, and other professionals of Lowenstein Sandler PC.

3. I have reviewed the Monthly Application and the Final Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and believe the Monthly Application and the Final Application to be in compliance therewith.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information, and belief.

Dated: September 3, 2010

/s/ *Kenneth A. Rosen*
Kenneth A. Rosen, Esq.

---

[1] The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Proliance International, Inc. (7383); Aftermarket Delaware Corporation (9862); Aftermarket LLC; and Proliance International Holding Corporation (9275). The address of each of the Debtor is 100 Gando Drive, New Haven, Connecticut 06513.